UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| MITCHELL<br><br>v.<br><br>CITY OF EAST ORANGE, et al. | Civil Action No.: 08-5079 |
|---|---|

**DISCLOSURE STATEMENT**

The undersigned counsel for defendant Officer Sanford L. Thigpen certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

s/Brenda Coppola Cuba
Signature of Attorney

LAW OFFICES OF BRENDA COPPOLA CUBA
Name of Firm

Brenda Coppola Cuba
Print Name

324 East Broad Street, PO Box 2640
Address

March 16, 2009
Date

Westfield, NJ  07091
City/State/ZIP Code