# GRIECO, OATES & DeFILIPPO, LLC
ATTORNEYS AT LAW

ANGEL M. DEFILIPPO (NJ)
  Certified By The Supreme Court Of
  New Jersey As A Civil Trial Attorney
NICHOLAS A. GRIECO (NJ & DC)
KAREN M. BUERLE (NJ)

414 EAGLE ROCK AVENUE, SUITE 200
WEST ORANGE, NEW JERSEY 07052
TELEPHONE (973) 243-2099
TELECOPIER (973) 243-2095

OF COUNSEL:
CAROL A. FERENTZ (NJ)
BART OATES (NJ)
WILFREDO CARABALLO (NJ & NY)

August 13, 2009

Honorable Judge Claire C. Cecchi
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey  07101

    Re:    Cherikka D. Mitchell v. City of East Orange, et al
           Docket. No.:   2:08-cv-3621

Dear Judge Cecchi,

    I am pleased to advise that this matter has resolved. Counsel are in the process of preparing and exchanging all necessary closing documents.

    Upon behalf of all counsel, please accept our gratitude and appreciation for your hard work and patience which allowed this resolution to come to pass.

           Respectfully submitted,

           <u>/S/Carol A. Ferentz</u>
           Carol A. Ferentz (CAF-6425)