O'CONNOR KIMBALL LLP
BY: STEPHEN E. SIEGRIST, ESQUIRE
51 Haddonfield Road, Suite 330
Cherry Hill, New Jersey 08002
(856) 663-9292
Attorneys for Third Party Defendant, Correctional Health Services, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHEKIRRA D. MITCHELL, ALSO KNOWN AS CHEKKIRA PATRICK, ADMINISTRATOR OF THE ESTATE OF BARBARA CHERYL PATRICK<br><br>-vs-<br><br>THE CITY OF EAST ORANGE, EAST ORANGE POLICE DEPARTMENT, POLICE OFFICER S.L. THIGPEN, (individually and in his official capacity), SERGEANT A. Y. SANCHEZ, (individually and in his official capacity), SERGEANT WRIGHT (first name unknown((individually and in his official capacity) DETECTIVE JOHN OLIVERA (individually and in his official capacity), ESSEX COUNTY CORRECTIONAL FACILITY, JOHN DOES 1 through 10, JANE DOES 1 through 10, and Corporations ABC through XYZ, individually, jointly and severally,<br><br>-vs-<br><br>ESSEX COUNTY<br><br>-vs-<br><br>CORRECTIONAL HEALTH SERVICES, INC. | Civil Action No: 2:08-cv-5079<br><br><br><br><br><br><br><br>CIVIL ACTION |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above entitled action having been amicably adjusted by and between all the parties, it is hereby stipulated and agreed that all claims and crossclaims are hereby dismissed without costs against any party with prejudice.

O'CONNOR KIMBALL LLP

BY: _____
STEPHEN E. SIEGRIST
Attorney for Defendant
Correctional Health Services, Inc.

BY: _____
CYNTHIA HARDAWAY
Attorney for Plaintiff
Estate of Barbara Patrick

BY: _____
ALAN RUDDY
Attorney for Defendant,
County of Essex

GRIECO, OATES & DeFILIPPO, LLC

BY: _____
CAROL A. FERENTZ
Attorney for Defendant,
The City of East Orange

GOLD, ALBANESE & BARLETTI

BY: _____
JAMES N. BARLETTI
Attorneys for Defendant,
Sgt. A.Y. Sanchez

GIANTOMASI OLIVEIRA

BY: _____
ANTHONY F. BELLOTTA
Attorneys for Defendant,
Sgt. Wright

BY: _____
BRENDA COPPOLA CUBA
Attorney for Defendant/3rd Party Plaintiff
Officer Sanford Thigpen

Dated: 9/21/09
File #: 210-9779